# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Coe

**Plaintiff,**

v.

Case No. 14cv22

Housing Authority of City of Milw

**Defendant.**

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding
Time Commenced: 11:00 am
Deputy Clerk: CEB

Date: 9/18/15
Concluded: 11:30 am
Court Reporter: —

**APPEARANCES:**

Plaintiff: Ericka Petty  278-7722
Jeff Myer

Defendant: Joe Wirth  225-4060

Nature of Conference: Status  [X] Telephonic

Notes:
- The court raised concerns as to whether it has continued standing to hear this case. The parties agreed to brief the issue
- The court STAYED the pending summary judgment motions (ECF Nos. 20 and 25) pending briefing on the issue of standing. Defendant's brief is due October 19, 2015. Plaintiff's response is due November 19, 2015. Defendant's reply is due December 4, 2015.